# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2015 WY 44

*October Term, A.D. 2014*

**March 25, 2015**

GARETT ROBB COOK,

**Appellant**
**(Defendant),**

**v.**                                                           S-14-0274

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S "ORDER OF REVOCATION OF PROBATION PURSUANT TO W.S. § 7-13-301 AND JUDGMENT AND SENTENCE"

[¶1]   **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Appellant filed this appeal to challenge the district court's September 5, 2014, "Order of Revocation of Probation Pursuant to W.S. § 7-13-301 and Judgment and Sentence." In that order, the district court revoked Appellant's probation following Appellant's admission to the alleged probation violations. The district court then imposed a prison sentence for Appellant's conviction for conspiracy to deliver a controlled substance.

[¶2]   On January 28, 2015, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). On February 5, 2015, this Court entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief or Other Pleading." This Court ordered that, on or before March 12, 2015, Appellant "may file with this Court a *pro se* brief or other pleading specifying the issues Appellant would like this Court to consider in this appeal." This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal." This Court notes that Appellant has not filed a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's "Order of Revocation of Probation Pursuant to W.S. § 7-13-301 and Judgment and Sentence" should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Garett Robb Cook, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the district court's September 5, 2014, "Order of Revocation of Probation Pursuant to W.S. § 7-13-301 and Judgment and Sentence" be, and the same hereby is, affirmed.

[¶6]    **DATED** this 25th day of March, 2015.

BY THE COURT:

/s/

**E. JAMES BURKE**
**Chief Justice**